IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Sep 15 - 2025
John M. Domurad, Clerk

Susan-Ann: Keir ) Case # 1:25-cv-569 (AHN/MJK)
    Plaintiff )
)
Vs. ) Demand for Trial by Jury
)
Judge Bryan Earl Rounds, )
Ulster County Attorney's Office, )
Ulster County New York Clerks Office )
    Defendants

**NOTICE OF INTENT TO APPEAL**

Plaintiff, pro se, respectfully submits this Notice of Intent to Appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure.

On August 15, 2025, the Court issued an Order denying Plaintiff's Motion for Reconsideration of the final judgment entered on July 29, 2025. The Motion for Reconsideration was timely filed on August 12, 2025.

Plaintiff hereby gives notice of intent to appeal the final judgment and all related orders, including the denial of reconsideration, to the United States Court of Appeals for the Second Circuit.

"The final judgment in this case was returned undeliverable by mail, despite all other court correspondence reaching me without issue. I accessed the judgment via PACER and filed this Notice of Appeal based on the docket entry date, in accordance with Rule 4 of the Federal Rules of Appellate Procedure."

Respectfully submitted,
Susan-Ann: Keir
591 Bruyn Turnpike
Wallkill, New York 12589
845-541-9492

*Susan-Ann: Keir* 09/15/2025

APPEAL,CLOSED,PRO SE

# U.S. District Court
## Northern District of New York – Main Office (Syracuse) [NextGen CM/ECF Release 1.8 (Revision 1.8.3)] (Albany)
### CIVIL DOCKET FOR CASE #: 1:25−cv−00569−AMN−MJK
*Internal Use Only*

| | |
|---|---|
| Keir v. Rounds et al | Date Filed: 05/07/2025 |
| Assigned to: U.S. District Judge Anne M. Nardacci | Date Terminated: 07/29/2025 |
| Referred to: Magistrate Judge Mitchell J. Katz | Jury Demand: Plaintiff |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Susan−Ann Keir**     represented by     **Susan−Ann Keir**
591 Bruyn Turnpike
Wallkill, NY 12589
Email:
PRO SE

V.

**Defendant**

**Judge Bryan Earl Rounds**     represented by     **Brian W. Matula**
Office of Attorney General – Albany
State of New York
The Capitol
Litigation Bureau
Albany, NY 12224−0341
518−776−2236
Fax: 518−915−7738
Email: Brian.Matula@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: waived_2025*

**John Cornelius Burns**
COOK, KURTZ & MURPHY, P.C.
85 Main Street
Kingston, NY 12402
845−331−0702
Email: jburns@cookfirm.com
***TERMINATED: 06/03/2025***
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Defendant**

**Ulster County Attorney's Office**     represented by     **John Cornelius Burns**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*
*Fee Status: paid_2025*

**Defendant**

**Ulster County New York Clerks Office**     represented by     **John Cornelius Burns**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Active*

*Fee Status: paid_2025*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/2025 | 1 | COMPLAINT with JURY DEMAND against Judge Bryan Earl Rounds, Ulster County Attorney's Office, Ulster County New York Clerks Office (Filing fee $405 receipt number 100000769) filed by Susan−Ann Keir. (Attachments: # 1 Exhibit A − Plaintiff's Affidavit, # 2 Exhibit C − Affidavit of Citizenship Evidence, # 3 Exhibit D − State citizenship case law, # 4 Exhibit E − Ulster County Clerk Recording Page, # 5 Exhibit F − FOIL Request Email, # 6 Exhibit G − Tax Enforcement Notification, # 7 Civil Cover Sheet)(ham) No Exhibit B was included in this filing, as Plaintiff realized they did not want to include it. Modified on 5/12/2025 (ham). (Entered: 05/07/2025) |
| 05/07/2025 | 2 | MOTION to Expedite the Motion to Challenge Subject Matter Jurisdiction and Move Case to Federal Court, filed by Susan−Ann Keir. Response to Motion due by 5/28/2025. Motions referred to Mitchell J. Katz. (ham) (Entered: 05/07/2025) |
| 05/07/2025 | 3 | MOTION to Challenge Subject Matter Jurisdiction and Move Case to Federal Court filed by Susan−Ann Keir. Response to Motion due by 5/28/2025. Motions referred to Mitchell J. Katz. (ham) (Entered: 05/07/2025) |
| 05/07/2025 | 4 | Summons Issued as to Judge Bryan Earl Rounds, Ulster County Attorney's Office, Ulster County New York Clerks Office. (Attachments: # 1 Summons Issued as to Ulster County NY Attorneys office, # 2 Summons Issued as to Ulster County NY Clerks Office)(ham) (Entered: 05/07/2025) |
| 05/07/2025 | 5 | G.O. 25 FILING ORDER ISSUED: Initial Conference set for 8/5/2025 09:30 AM before Magistrate Judge Mitchell J. Katz. Civil Case Management Plan must be filed and Mandatory Disclosures are to be exchanged by the parties on or before 7/29/2025. (Pursuant to Local Rule 26.2, mandatory disclosures are to be exchanged among the parties but are NOT to be filed with the Court.) (ham) (Entered: 05/07/2025) |
| 05/07/2025 | 6 | PRO SE NOTICE issued and explained to Susan−Ann Keir at time complaint was filed. Plaintiff advised she has copies of the Local Rules and Pro Se Handbook and declined to be given additional copies. (ham) (Entered: 05/07/2025) |
| 05/14/2025 | 7 | AFFIDAVIT of Service for Summons, Complaint, and General Order 25 served on Judge Bryan Earl Rounds, Ulster County New York Attorney's Office, and Ulster County New York Clerks Office on 5/8/2025, filed via MFT on 5/14/2025 by Susan−Ann Keir. (ham) (Entered: 05/14/2025) |
| 05/29/2025 | 8 | ** STRICKEN IN PART PURSUANT TO THE # 18 TEXT ORDER ** NOTICE OF APPEARANCE by John Cornelius Burns on behalf of Ulster County Attorney's Office and Ulster County New York Clerks Office (Burns, John) Modified on 6/3/2025 − to strike as to Defendant Judge Bryan Earl Rounds (kck) (Entered: 05/29/2025) |
| 05/29/2025 | 9 | MOTION to Dismiss filed by Judge Bryan Earl Rounds, Ulster County Attorney's Office, Ulster County New York Clerks Office. Motion returnable before Judge Mitchell J. Katz Response to Motion due by 6/20/2025. Reply to Response to Motion due by 6/26/2025 (Attachments: # 1 Memorandum of Law, # 2 Affirmation) (Burns, John) (Entered: 05/29/2025) |
| 05/29/2025 | 10 | COURT NOTICE OF DUE DATE TO RESPOND TO MOTION TO DISMISS re 9 MOTION to Dismiss filed by Judge Bryan Earl Rounds, Ulster County Attorney's Office, and Ulster County New York Clerks Office. Response to Motion due 6/20/2025. Motion returnable before Judge Mitchell J. Katz. Notice mailed to pro se Plaintiff on 5/29/2025. (ham) (Entered: 05/29/2025) |
| 05/30/2025 | 11 | TEXT ORDER: Considering the filing of the # 9 Motion to Dismiss, the Rule 16 conference set for 8/5/2025 and deadline for the submission of a joint Civil Case Management Plan and exchange of Mandatory Disclosures are ADJOURNED WITHOUT DATE. The hearing and related deadlines will be reset, if deemed necessary, after disposition of the # 9 Motion to Dismiss. SO ORDERED by U.S. Magistrate Judge Mitchell J. Katz on 5/30/2025. (Copy served upon Pro Se Plaintiff via regular mail) (kck) (Entered: 05/30/2025) |

| | | |
|---|---|---|
| 05/30/2025 | 12 | NOTICE of Non−Consent to Magistrate Judge making dispositive rulings filed via MFT on 5/30/2025 by Susan−Ann Keir. (ham) (Entered: 05/30/2025) |
| 06/02/2025 | 13 | Letter Motion from John C. Burns for Judge Bryan Earl Rounds, Ulster County Attorney's Office, Ulster County New York Clerks Office requesting Notice of Appearance be Stricken submitted to Judge Mitchell J. Katz . (Attachments: # 1 Affirmation)(Burns, John) (Entered: 06/02/2025) |
| 06/02/2025 | 14 | Letter Motion from Brian W. Matula for Judge Bryan Earl Rounds requesting adjournment of time for Defendant Rounds to respond to complaint (to June 16, 2025) submitted to Judge Mitchell J. Katz . (Attachments: # 1 Declaration of Service)(Matula, Brian) (Entered: 06/02/2025) |
| 06/02/2025 | 17 | AFFIDAVIT of Service for Motion of Nonconsent served on Judge Bryan Earl Rounds, Ulster County New York Attorney's Office, and Ulster County New York Clerks Office on 6/2/2025, filed via MFT on 6/2/2025 by Susan−Ann Keir. (ham) (Entered: 06/03/2025) |
| 06/03/2025 | 15 | MOTION to Compel filed via MFT on 6/3/2025 by Susan−Ann Keir. Response to Motion due by 6/24/2025. Motions referred to Mitchell J. Katz. (ham) (Entered: 06/03/2025) |
| 06/03/2025 | 16 | AFFIDAVIT of Service for Motion of Nonconsent, and Motion to Compel served on Judge Bryan Earl Rounds, Ulster County New York Attorney's Office, and Ulster County New York Clerks Office on 6/3/25, filed via MFT on 6/3/2025 by Susan−Ann Keir. (ham) (Entered: 06/03/2025) |
| 06/03/2025 | 18 | TEXT ORDER: The Court is in receipt of the # 13 and # 14 Letter Motions. The # 13 Letter Motion requesting that the # 8 Notice of Appearance be stricken as it pertains to Defendant Judge Bryan Earl Rounds is hereby GRANTED. The Clerk of Court is directed to strike the # 8 Notice of Appearance as it pertains to Defendant Rounds and terminate Attorney John Cornelius Burns as Counsel for Defendant Rounds. Additionally, the Court further GRANTS the # 14 Letter Request for an extension of time for Defendant Rounds to respond to the # 1 Complaint. Defendant Rounds Answer is now due on or before June 16th, 2025. SO ORDERED by U.S. Magistrate Judge Mitchell J. Katz on 6/3/2025. (Copy served upon Pro Se Plaintiff via regular mail) (kck) (Entered: 06/03/2025) |
| 06/06/2025 | 19 | Letter Request Motion from Susan−Ann Keir requesting that the Court hear Plaintiff's jurisdictional challenges. Filed via MFT on 6/6/2025. Submitted to Judge Mitchell J. Katz. (ham) (Entered: 06/06/2025) |
| 06/07/2025 | 20 | Letter from Susan Keir regarding a document being filed in the wrong case. Clerk has deleted the document and filed it in the correct case. (tll) (Entered: 06/09/2025) |
| 06/09/2025 | | CLERK'S CORRECTION OF DOCKET ENTRY: Pro Se plaintiff filed a document via MFT on 6/6/25. The document was erroneously filed in the wrong case. Clerk has (per management) deleted the entry and filed the document in the correct case. (tll) (Entered: 06/09/2025) |
| 06/09/2025 | 21 | Letter from Pro Se Plaintiff Susan − Ann Keir. Filed via MFT. (bas) (Entered: 06/10/2025) |
| 06/16/2025 | 22 | MOTION to Dismiss filed by Judge Bryan Earl Rounds. Motion returnable before Judge Anne M. Nardacci Response to Motion due by 7/7/2025. Reply to Response to Motion due by 7/14/2025 (Attachments: # 1 Memorandum of Law, # 2 Affirmation of Brian W. Matula, # 3 Declaration of Service) (Matula, Brian) (Entered: 06/16/2025) |
| 06/16/2025 | 23 | RESPONSE in Opposition re 9 Motion to Dismiss filed by Susan−Ann Keir. (dpk) (Entered: 06/17/2025) |
| 06/17/2025 | | CLERK'S CORRECTION OF DOCKET ENTRY re 23 Response in Opposition to Motion. Entry was filed and deleted because it linked the response to the incorrect motion to dismiss. After deletion, the document was re−filed to correctly link it to the 9 Motion to Dismiss. (dpk) (Entered: 06/17/2025) |
| 06/24/2025 | 24 | REPLY MEMORANDUM OF LAW re # 9 Motion to Dismiss, filed by Ulster County Attorney's Office, Ulster County New York Clerks Office. (Attachments: # 1 Affidavit)(Burns, John) Modified on 6/24/2025 to edit docket text to reflect the |

| | | |
|---|---|---|
| | | Memorandum is in REPLY. (mmg). (Entered: 06/24/2025) |
| 06/24/2025 | 25 | RESPONSE MEMORANDUM OF LAW re # 19 Letter Request/Motion filed by Ulster County Attorney's Office, Ulster County New York Clerks Office. (Attachments: # 1 Affidavit)(Burns, John) Modified on 6/24/2025 to update docket text to reflect this is in Response to the # 19 Letter Request Motion. (mmg). (Entered: 06/24/2025) |
| 06/26/2025 | 26 | Plaintiff's Response to Defendant's # 24 Reply in Support of Motion to Dismiss. Filed via MFT. (mmg). (Entered: 06/26/2025) |
| 06/30/2025 | 27 | Plaintiffs Reply to Memorandum of Law in Opposition to Plaintiff's Motion Seeking Expedited Ruling and Disqualification of Counsel in re Docket # 25. Filed via MFT. (mmg). (Entered: 06/30/2025) |
| 07/02/2025 | 28 | RESPONSE Memorandum of Law in Opposition re 22 Motion to Dismiss, filed by Susan−Ann Keir via MFT. (mmg). (Entered: 07/02/2025) |
| 07/11/2025 | 29 | REPLY to Response to Motion re 22 Motion to Dismiss, *and opposition to Plaintiff's Cross−Motion [ECF No. 28 at 22]* filed by Judge Bryan Earl Rounds. (Attachments: # 1 Declaration of Service)(Matula, Brian) (Entered: 07/11/2025) |
| 07/15/2025 | 30 | SUR−REPLY re 22 Motion to Dismiss filed by Susan−Ann Keir via MFT. (dpk) (Entered: 07/15/2025) |
| 07/29/2025 | 31 | EMERGENCY MOTION for Preliminary Injunction and Temporary Restraining Order filed by Susan−Ann Keir via MFT. Motion returnable before Judge Anne M. Nardacci.(mmg). (Entered: 07/29/2025) |
| 07/29/2025 | 32 | TEXT ORDER: On May 7, 2025, Plaintiff pro se Susan−Ann Keir ("Plaintiff") commenced this action pursuant to Section 1983 against Ulster County Judge Bryan Earl Rounds, the Ulster County Attorney's Office, and the Ulster County Clerk's Office (collectively, "Defendants"). Dkt. No. 1 at 1, 16. Plaintiff seeks more than $300 million dollars in damages in connection with a pending foreclosure action for delinquent taxes against her property in New York State County Court, Ulster County, Index No. 2022−2306 ("Foreclosure Action"). Id. at 1; Dkt. No. 1−6; Dkt. No. 31. Because the Foreclosure Action was pending when Plaintiff commenced her lawsuit, see, e.g., Dkt. No. 1 at 16−17; Dkt. No. 1−6 at 5−6, the Court finds that Younger abstention bars Plaintiff's claims. Gristina v. Merchan, 131 F.4th 82, 87−88 (2d Cir. 2025); Toczek v. Alvord, 841 F. App'x 263, 266 (2d Cir. 2021) ("Indeed, a state foreclosure action is one of the types of actions in which federal courts abstain from interfering, pursuant to Younger.") (citation omitted). To the extent Plaintiff's claims are not barred by Younger, they are subject to dismissal for similar reasons as those detailed by United States District Judge Elizabeth C. Coombe in the prior federal action Plaintiff filed in connection with the Foreclosure Action. See Keir v. Curt Schoeberl et al., Case No. 25−cv−00056 (N.D.N.Y. filed Jan. 13, 2025), Dkt. No. 72 at 1, 14 (noting that "Plaintiff challenges the Defendants' assessment and collection of property taxes that has resulted in the commencement of foreclosure proceedings against her property" and ultimately dismissing all of Plaintiff's claims); see also id., Dkt. No. 19 at 5 (Plaintiff's allegations relating to the Foreclosure Action). The Court has also carefully considered whether to grant Plaintiff leave to amend the Complaint, but finds that amendment would be futile. Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000). Accordingly, the Complaint is DISMISSED without leave to amend, and all pending motions, Dkt. Nos. 2, 3, 9, 15, 19, 22, 31, are TERMINATED as moot. Finally, while Plaintiff is not proceeding in forma pauperis in this action, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any in forma pauperis appeal from this Text Order would not be taken in good faith. SO ORDERED by U.S. District Judge Anne M. Nardacci on 7/29/2025. (Copy served via regular and certified mail)(jel, ) (Entered: 07/29/2025) |
| 07/29/2025 | 33 | JUDGMENT in favor of Ulster County Attorney's Office, Ulster County New York Clerks Office, Judge Bryan Earl Rounds against Susan−Ann Keir. (Copy served via regular and certified mail) (jel, ) (Entered: 07/29/2025) |
| 07/31/2025 | 34 | CERTIFICATE OF SERVICE by Susan−Ann Keir re 31 MOTION for Preliminary Injunction sent to Judge Bryan Earl Rounds. Filed via MFT. (mmg). (Entered: 07/31/2025) |

| | | |
|---|---|---|
| 08/12/2025 | 35 | MOTION for Reconsideration re # 32 Order and # 33 Judgment, filed by Susan−Ann Keir via MFT. Motion returnable before District Judge Anne M. Nardacci. Response to Motion due by 9/2/2025 (mmg). Modified on 8/12/2025 to reflect that motion is returnable before Judge Nardacci (kck). (Entered: 08/12/2025) |
| 08/15/2025 | 36 | CERTIFICATE OF SERVICE by Susan−Ann Keir re # 35 MOTION for Reconsideration, sent to Judge Bryan Earl Rounds, John C. Burns, and Ulster County New York Clerk's Office. Filed via MFT.(mmg) (Entered: 08/15/2025) |
| 08/15/2025 | 37 | TEXT ORDER: The Court has reviewed Plaintiff's motion for reconsideration pursuant to Rules 59(e) and 60(b) of the Federal Rules of Civil Procedure, Dkt. No. 35 ("Motion"), of the Court's order dated July 29, 2025 dismissing this matter without leave to amend, Dkt. No. 32 ("Prior Order"). "A court may grant a Rule 59(e) motion only when the [movant] identifies an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice." *Metzler Inv. Gmbh v. Chipotle Mexican Grill, Inc.*, 970 F.3d 133, 142 (2d Cir. 2020) (alteration in original) (citations and internal quotations omitted). Similarly, "Rule 60(b) is a mechanism for extraordinary judicial relief invoked only if the moving party demonstrates exceptional circumstances." *Pelczar v. Pelczar*, 833 F. App'x 872, 876 (2d Cir. 2020) (citations and internal quotations omitted). The Motion's stated basis for reconsideration is that the Prior Order "committed clear error." Dkt. No. 35 at 1. But the Motion identifies no error in the Prior Order, let alone a clear error. After nonetheless liberally construing the Motion to identify additional grounds for reconsideration, the Court finds none. *Commerzbank AG v. U.S. Bank, N.A.*, 100 F.4th 362, 377 (2d Cir. 2024). Accordingly, the Motion is DENIED. Finally, while Plaintiff is not proceeding in forma pauperis in this action, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any in forma pauperis appeal from this Text Order would not be taken in good faith. SO ORDERED U.S. District Judge Anne M. Nardacci on 8/15/2025. (Copy served upon pro se plaintiff by via regular mail) (mab) (Entered: 08/15/2025) |
| 08/20/2025 | 38 | REPLY in Support of # 35 Motion for Reconsideration, filed by Susan−Ann Keir via MFT. (mmg) (Entered: 08/20/2025) |
| 08/22/2025 | 39 | Mail Returned as Undeliverable in re # 33 Judgment sent to Susan−Ann Keir Address sent to 591 Bruyn Turnpike Wallkill, NY 12589. Envelope reads "Return to Sender. Unclaimed. Unable to Forward." (mmg). (Entered: 08/25/2025) |
| 09/15/2025 | 40 | NOTICE OF APPEAL as to # 33 Judgment and # 37 Text Order on Motion for Reconsideration, filed by Susan−Ann Keir via MFT. (mmg). (Entered: 09/15/2025) |
| 09/15/2025 | 41 | ELECTRONIC NOTICE AND CERTIFICATION sent to US Court of Appeals re # 40 Notice of Appeal. Notice sent via Regular mail to pro se Plaintiff. (mmg). (Entered: 09/15/2025) |